## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BERTRAM EMEKEKWUE,** | : | **CIVIL ACTION NO. 1:12-cv-1503** |
| | : | |
| **Plaintiff,** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **IKE AGWUEGBO** | : | |
| | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 22nd day of August, 2012, upon consideration of the motion

to dismiss (Doc. 3), filed August 14, 2012 and supporting brief (Doc. 4) filed

August 21, 2012, by defendant Ike Agwuegbo, and upon further consideration of the

amended complaint (Doc. 6), likewise filed on August 21, 2012, and it appearing that

a party may amend its pleading once as a matter of course within twenty-one (21)

days after serving it, or within twenty-one (21) days after service by the opposing

party of a motion filed pursuant to Rule 12(b) of the Federal Rules of Civil

Procedure, see Fed. R. Civ. P. 15(a)(1)(A)-(B), and the court finding that an

amended complaint renders the original complaint a legal nullity, see Snyder v.

Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint

supercedes the original version in providing the blueprint for the future course of

the lawsuit."); 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE

§ 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original

pleading no longer performs any function in the case . . . ."), it is hereby ORDERED

that:

1.    Defendant shall respond to the amended complaint in accordance with
      the Federal Rules of Civil Procedure.

2.    The motion to dismiss the complaint (Doc. 3) is DENIED as moot
      without prejudice.


                              S/ Christopher C. Conner
                              CHRISTOPHER C. CONNER
                              United States District Judge